FILED
United States Court of Appeals
Tenth Circuit

February 18, 2016

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

JUAN JAQUEZ,

     Defendant - Appellant.

No. 15-6194
(D.C. No. 5:08-CR-00145-C-11)
(W.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **KELLY**, **HOLMES**, and **MORITZ**, Circuit Judges.
_____

Juan Jaquez was convicted of conspiring to possess five or more kilograms of

cocaine with the intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

He is currently serving a 120-month prison term—the minimum sentence mandated

for his conviction by 21 U.S.C. § 841(b)(1)(A)(ii)(II).

Proceeding pro se, Jaquez filed a motion for a reduced sentence under 18

U.S.C. § 3582(c)(2) based on his belief that Amendment 782 to the Guidelines

lowered his applicable sentencing range. The district court appointed counsel to assist

_____

[*] After examining the briefs and appellate record, this panel has determined
unanimously to honor the parties' request for a decision on the briefs without oral
argument. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore
submitted without oral argument. This order and judgment is not binding precedent,
except under the doctrines of law of the case, res judicata, and collateral estoppel. It
may be cited, however, for its persuasive value. *See* Fed. R. App. P. 32.1;
10th Cir. R. 32.1.

Jaquez and, through counsel, Jaquez acknowledged his ineligibility for relief under Amendment 782. The district court then denied Jaquez' motion, concluding it lacked authority to reduce his sentence because Amendment 782 didn't alter the minimum sentence mandated by statute. *See United States v. Smartt*, 129 F.3d 539, 542 (10th Cir. 1997) (finding defendant ineligible for reduced sentence under § 3582(c)(2) because Guidelines amendment didn't alter statute mandating his minimum sentence).

Because Jaquez doesn't challenge the correctness of that ruling and filed this appeal only to preserve this issue in the event of future changes in the law, we affirm.

Entered for the Court


Nancy L. Moritz
Circuit Judge